UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANTWAIN RASHAWN PORTER                                              Plaintiff

v.                                                    Case No. 3:13-cv-923-DJH-CHL

LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT, et al.,                                           Defendants

<u>Memorandum Opinion and Order</u>

On December 29, 2016, Antwain Rashawn Porter moved to amend the complaint before the deadline for amending pleadings passed.  DN 112.  In support of his motion, Porter argues that "the amended complaint is in conformance with pleading standards in this Court, contain more clarified and bare-bones allegations, and is not being filed for any improper purpose."  DN 112-9 at 2.

Whether to grant leave to amend is within the Court's discretion.  *Tucker v. Middleburg-Legacy Place*, 539 F.3d 545, 551 (6th Cir. 2008).  "The court should freely give leave when justice so requires."  Fed. R. Civ. P. 15(a)(2).  Still, "there is no absolute or automatic right to amend one's complaint."  *Meehan v. United Consumers Club Franchising Corp.*, 312 F.3d 909, 913 (6th Cir. 2002).

No response has been filed, and the deadline for responding has passed.  "Failure to timely respond to a motion may be grounds for granting the motion."  LR 7.1(c).

Accordingly, the Court **GRANTS** Porter's motion for leave to amend the complaint.  The proposed amended complaint tendered with that motion (DN 112-1) is **DEEMED FILED** in the record of this action.

cc:  Counsel of record

1