Date: 11-9-2017

**FILED**
VANESSA L ARMSTRONG CLERK
NOV - 9 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Antwain R. Porter                         Plaintiff        ~~13-CV-0023~~  .00

Vs                                                         3:13-CV-923-DJH-CHL

Louisville Jefferson County               Defendants
Metro Government, etc.

MOTION FOR THE CONTINUANCE TO HAVE ATTORNEY ON
RECORD IN THE MATTER STATED ABOVE

Comes now the Plaintiff, Mr. Antwain R. Porter and respectively moves this court for the continuance to have an attorney and/or Law firm for counsel on record.

As ground for this cause of action the plaintiff states as follows:

1. First and foremost, this case has substantial grounds and foundation for a ruling in flavor of the Plaintiff.
2. The Plaintiff has contacted several attorneys and law firms to try to obtain attorney service, per this court's order entered on 10/25/2017.
3. Hereto attached is a copy of a Decline Letter from David Yates Law Firm, turning down the Plaintiff.
4. David Yates and Plaintiff had discussed the merits of the case in great detail on at least three separate occasions. The Plaintiff truly believed that David Yates would in fact accept the Plaintiff's case.
5. However, David Yates' office held the Plaintiff's case in the air for over a month. Thus in leaving Plaintiff with the mistaken belief that he had in fact found an attorney to go on record.
6. As such, the Plaintiff would respectively request an additional 30 days to find said attorney or law firm.
7. As and alternative, the Plaintiff respectively request that he be allowed to proceed as a Pro Se Litigation in this case and manner.
8) And/or to also allow Janice L. Porter (Mother) to be allowed to be Power(s) of Attorney, and/or to proceed as Plaintiff, in place of Antwain R. Porter (Son), due to complaint(s) of Plaintiff's Mental state, due to injuries caused by the Defendants. Respectfully,

Antwain R. Porter  11-9-17          Janice L. Porter

# LAW OFFICES OF
# DAVID YATES
### ATTORNEY, PLLC

600 W. Main Street, Suite 500, Louisville, KY 40202
Phone: (502) 882-5179   Fax: (502) 882-5190

www.DavidYatesLaw.com

**FILED**
VANESSA L ARMSTRONG, CLERK
NOV - 9 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

November 6, 2017

Mr. Antwain Porter
c/o Ms. Janice Porter
8410 Adams Run Road
Louisville, KY 40228

Re:   Antwain Rashawn Porter vs. Lt. Michael Hogan, et al.
      US District Court Western District of KY; Case No. 3:13-cv—923-DJH-CHL

Dear Mr. Porter:

This letter is to inform you that this firm and the undersigned does not and cannot represent you in relation to the lawsuit captioned-above. This is an internal firm decision made for various reasons, and does not necessarily reflect any position regarding the merits of your case.

I encourage you to consult with another attorney at your earliest opportunity to protect your interests in this case. The Louisville Bar Association provides an attorney referral service. Their phone number is (502) 583-1801.

Enclosed are all of the documents you provided to us. Thank you for considering our law firm. Should you have any questions, please feel free to contact me.

Very truly yours,

David Yates
Attorney at Law

DY:rp
Enclosures

**PRIORITY MAIL**

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

TRACKED
INSURED

Date: 11-9-2017

Ref: Case # 3:13-CV-923-DJH-CH

To: Colin Lindsay
Magistrate Judge
United States District
Gene Snyder Court House
601 W. Broadway
Louisville, Ky 402

From: Antwain R. Porter
8410 Adams Run Road
Lou, Ky 40228



EP14F July 2013
OD: 12.5 x 9.5

PS00001000014

UNITED STATES POSTAL SERVICE

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL POSTAGE REQUIRED**

# PRIORITY® ★ MAIL ★

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM: Antwain R. Porter
#3:13-CV-00923

TO: Federal Courts

Date: 11-9-2017



EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE


UNITED STATES POSTAL SERVICE